IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 6:24-CR-10 |
| | ) | |
| ROBERT HARRIS, et al. | ) | |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby **ORDERED** that the above-styled indictment and all process issued thereunder be unsealed.

**SO ORDERED** this 20th day of August, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA