IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 6:24-CR-10-1 |
| | 6:24-CR-10-2 |
| ROBERT HARRIS, | 6:24-CR-10-4 |
| KELVIN ROGERS, | 6:24-CR-10-5 |
| THOMAS COTHRAN, | 6:24-CR-10-6 |
| QUINTAVEUS SAMPLES, | 6:24-CR-10-7 |
| QUINESHA OLIVER, | 6:24-CR-10-8 |
| TRISTAHN ASH, | |
| DAVID WILLIAMS, | |
| Defendant. | |

**JOINT STATUS REPORT**

I. Date of Status Report Conference: May 9, 2025

II. Conference Attendees:

| Name | Role |
|---|---|
| Timothy P. Dean | Counsel for the Government |
| A.J. Balbo | Counsel for Robert Harris |
| Amy Lee Copeland | Counsel for Kelvin Rogers |
| Jesse Owen | Counsel for Thomas Cothran |
| Michael Schwartz | Counsel for Quintaveus Samples |
| Brooks Hudson | Counsel for Quinesha Oliver |
| Justin Maines | Counsel for Tristahn Ash |
| Clayton Jolly, III | Counsel for David Williams |

Note: Defendant No. 3, Quinton Samples, has not yet been apprehended and brought before the Court and remains at large.

III. Pretrial Motions.

☐  All pretrial motions have been satisfied or otherwise resolved.

☒ The parties have not resolved the following pretrial motions and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
| Doc. 116, Rogers' Motion to Exclude Expert Testimony of Harry Hamrick | Y, see Doc. 127 | Y, by Rogers | Y, by Rogers |
| Doc. 117, Rogers' Motion to Exclude Expert Testimony of Darrell Reynolds | Y, see Doc. 127 | Y, by Rogers | Y, by Rogers |
| Doc. 118, Harris's Motion to Adopt Docs. 116 and 117 | N | N | N |
| Doc. 119, Oliver's Preliminary Motion to Suppress | Y, see Doc. 128 | N | N |
| Doc. 120, Cothran's Motion to Adopt Docs. 116 and 117 | N | N | N |
| Doc. 121, Quintaveus Samples' Motion to Adopt Docs. 116 and 117 | N | N | N |
| Doc. 122, Quintaveus Samples' Motion to Suppress | Y, see Doc. 126 | Y, by Quintaveus Samples | Y, by Quintaveus Samples |
| Doc. 125, Rogers' Motion For Hearing on Motions to Exclude Expert Testimony (Docs. 116 and 117) | Y[1] | N | N |

This day May 12, 2025.

/s/ *Timothy P. Dean*
Assistant United States Attorney

/s/ *A.J. Balbo*
Counsel for Robert Harris

/s/ *Amy Lee Copeland*
Counsel for Kelvin Rogers

/s/ *Jesse Owen*
Counsel for Thomas Cothran

---

[1] Rogers filed Doc. 125 on May 5, 2025. The docket entry states that the Government's response is due by May 19, 2025. However, the Government believes that under LR Crim. 12(a)(2) the Government's response is actually due within seven days, i.e. by May 12, 2025, and will file its response by that date.

        /s/    <u>*Michael Schwartz*</u>  
                Counsel for Quitaveus Samples

        /s/    <u>*Brooks Hudson*</u>  
                Counsel for Quinesha Oliver

        /s/    <u>*Justin Maines*</u>  
                Counsel for Tristahn Ash

        /s/    <u>*Clayton Jolly, III*</u>  
                Counsel for David Williams